UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALASSIS COMMUNICATIONS, INC.,<br><br>                    Plaintiff,<br>      v.<br><br>NEWS CORPORATION; NEWS AMERICA MARKETING, a/k/a NEWS AMERICA, INC., a/k/a NEWS AMERICA MARKETING GROUP; NEWS AMERICA MARKETING FSI, LLC, a/k/a NEWS AMERICA MARKETING FSI, INC.; and NEWS AMERICA MARKETING IN-STORE SERVICES, LLC a/k/a NEWS AMERICA MARKETING IN-STORE SERVICES, INC.,<br><br>                    Defendants. | Case No. 1:17-cv-07378<br><br>HON. P. KEVIN CASTEL<br><br>**NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL** |

PLEASE TAKE NOTICE that Plaintiff Valassis Communications, Inc., upon the accompanying application, and the attached declarations of Scott Danner and Donna Schelby, by its undersigned counsel, will move pursuant to this Court's March 16, 2018 Order (Dkt. 181), on a date convenient to this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiff's application to redact confidential and sensitive business information in the Expert Report of Professor James Levinsohn.

2

Dated: March 21, 2018						By:        /s/  Michael Shuster

Michael Shuster
Vincent Levy
Scott M. Danner
Lauren Giudice
Evan H. Stein
HOLWELL SHUSTER & GOLDBERG LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151
mshuster@hsgllp.com

*Attorneys for Plaintiff*