UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VALASSIS COMMUNICATION, INC.,

                Plaintiff,                    17-cv-7378 (PKC)

     -against-

                                                        <u>ORDER</u>

NEWS CORPORATION,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Having reviewed defendants' pre-motion letter and plaintiff's response, defendants may file their summary judgment motion by April 13, 2018, plaintiff may respond by May 25, 2018 and defendant may reply by June 15, 2018.

        SO ORDERED.

                                                          P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
           March 26, 2018