**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 2001 K STREET, NW<br>TELEPHONE (202) 223-7300 | WASHINGTON, DC 20006-1047 | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A<br>BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
202-223-7356

WRITER'S DIRECT FACSIMILE
202-204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

June 15, 2018

**By ECF and Hand Delivery**

The Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    *Valassis Communications, Inc.* v. *News Corporation, et al.*,
      No. 1:17-cv-07378-PKC (S.D.N.Y.)

Dear Judge Castel:

  We represent Defendants (together, "NAM") in the above-referenced action. Please find enclosed unredacted courtesy copies of NAM's reply memorandum in further support of Defendants' Motion for Summary Judgment and supporting papers, which we have filed and served today through ECF. The Motion is now fully briefed.

  Pursuant to Section 4.F of Your Honor's Individual Practices, we respectfully request oral argument on NAM's Motion for Summary Judgment.

        Respectfully submitted,

        /s/ Kenneth A. Gallo
        Kenneth A. Gallo

cc:  Counsel of Record