PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7356

WRITER'S DIRECT FACSIMILE
(202) 204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

July 11, 2019

**By ECF and Hand Delivery**

The Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

        *Valassis Communications, Inc.* v. *News Corporation, et al.*,
           No. 1:17-cv-07378-PKC (S.D.N.Y.)

Dear Judge Castel:

      We write on behalf of Defendants (collectively, "NAM"). Pursuant to Section 3.A of Your Honor's Individual Practices, NAM is submitting today a pre-motion letter setting forth the bases of a renewed motion for summary judgment based on the supplemental report and testimony of Plaintiff Valassis's damages expert (Dr. Levinsohn). NAM's letter refers to, and attaches exhibits containing, information that one or both parties has designated confidential, including certain very limited information in certain exhibits that NAM believes should be maintained under seal. For the convenience of the Court, we are faxing a clean and un-redacted copy of the pre-motion letter to Chambers, pursuant to Section 1.A(ii) of Your Honor's Individual Practices. Courtesy copies of the letter and exhibits, reflecting NAM's proposed redactions to the exhibits, will also be hand delivered to Chambers and will be served on counsel for Valassis via email. We are simultaneously filing a motion to seal those limited portions of the exhibits to the letter that satisfy the standard for sealing set forth in *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

      Consistent with prior orders that Your Honor has entered in this case (Dkt. Nos. 130, 181; *see also* Dkt. Nos. 150, 166, 174, 201, 224, 242), NAM respectfully proposes that Valassis be permitted seven days to move to seal any additional information in NAM's pre-motion letter or the exhibits thereto. NAM likewise proposes that it be permitted seven days following the submission of any response by Valassis to the pre-motion letter that includes confidential information to move to seal material that

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable P. Kevin Castel 2

meets the *Lugosch* standard.  NAM will promptly file copies of its pre-motion letter and exhibits on the docket, reflecting any appropriate redactions, in response to a sealing order from the Court.

   NAM has conferred with Valassis and understands that Valassis opposes the filing of a renewed summary judgment motion.

          Respectfully submitted,

          /s/ Kenneth A. Gallo
          Kenneth A. Gallo

cc: Counsel of Record (by ECF)