UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALASSIS COMMUNICATION, INC.,

                      Plaintiff,                    17-cv-7378 (PKC)

        -against-

                                               ORDER

NEWS CORPORATION,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Jury selection and trial will commence on June 1, 2020 at 10 a.m. The Court does not presently plan to sit on June 10-12 due to the Second Circuit Judicial Conference.

        Having heard the parties' views on reasonable time limits on the presentation of evidence, based upon the Court's familiarity with the facts and issues in the case and pursuant to the authority of Rule 16(c)(2)(O) & (e), Fed. R. Civ. P., each side will be limited to 35 hours, inclusive of opening statements, closing statements, direct and cross-examination and reading, if any, of stipulations, exhibits or depositions. These time limits only may be changed to prevent manifest injustice.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       January 23, 2020