UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                Plaintiff,                17-cv-7378 (PKC)

   -against-                           ORDER

NEWS CORPORATION, et al.,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

      The following situation has arisen regarding the trial schedule in this matter. The Court had scheduled <u>United States v. Jain</u>, 1:19-cr-59, for trial beginning on March 30, 2020. Due to events beyond its control, the Court has moved the <u>Jain</u> trial to June 1, 2020. There is at least one contingency under which the <u>Jain</u> trial will not occur and the trial in the above-captioned matter is now the first back-up trial to <u>Jain</u> on June 1, 2020 at 10:00 A.M.

      The Court will apprise the parties of further developments.

      SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        March 4, 2020