UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                Plaintiff,                        17-cv-7378 (PKC)

     -against-                               ORDER

NEWS CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court grants Plaintiff's request for oral argument, (Doc. 375), on its motion for leave to supplement and amend its expert and pre-trial disclosures, (Doc. 369).  Oral argument will occur on April 21, 2020 at 2:30 p.m. via teleconference.  Plaintiff is directed to set up a teleconference line and post the access information on ECF by April 17, 2020 at 5:00 p.m.

        SO ORDERED.

                                                                                 P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
         April 15, 2020