PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW          WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

WRITER'S DIRECT DIAL NUMBER

(202) 223-7356

WRITER'S DIRECT FACSIMILE

(202) 204-7356

WRITER'S DIRECT E-MAIL ADDRESS

kgallo@paulweiss.com

Letter (DE 429) should be placed under
temporary seal by the Clerk, pending
further Order.
SO ORDERED.
Dated:  6/24/2020

P. Kevin Castel
United States District Judge

June 24, 2020

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

**By ECF & By Hand**

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Valassis Communications, Inc.* v. *News Corp., et al.*,
No. 1:17-cv-7378-PKC (S.D.N.Y.)

Dear Judge Castel:

Defendants submitted today a letter in further support of their motion for reconsideration of this Court's April 24 order granting Valassis leave to amend its expert disclosures.  Pursuant to Section 5.B of the Court's Individual Practices, Defendants respectfully move to seal temporarily the letter and accompanying exhibit because they contain deposition testimony from the June 18 deposition of Valassis's damages expert, Dr. James Levinsohn, which Valassis may wish to keep confidential.  Consistent with the Court's prior orders, Defendants respectfully request that Valassis be permitted seven days to move to seal any information in Defendants' letter or accompanying exhibit.  Dkt. Nos. 130, 181.  If Valassis does not so move, Defendants will promptly file their letter and accompanying exhibit on the Court's public docket.

Respectfully submitted,

/s *Kenneth A. Gallo*
Kenneth A. Gallo