# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Ave., 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael S. Shuster*
*(646) 837-8554*
*mshuster@hsgllp.com*

July 2, 2020

The Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Valassis Communications, Inc. v. News Corp., et al.*, No. 1:17-cv-07378-PKC

Dear Judge Castel:

    Plaintiff today filed a letter in response to News's letter of June 24, 2020. [Pursuant to Rules 4 and 5 of Your Honor's Individual Practices, Plaintiff respectfully requests that News be given seven days to move to seal any information contained in the excerpts from Dr. Levinsohn's December 21, 2017 deposition or the entire transcript of his June 18, 2020 deposition.] Absent such a motion, Valassis will file them publicly.

                        Respectfully submitted,

                        /s/ Michael S. Shuster

                        Michael S. Shuster

Application Granted.

So Ordered: _____
                P. Kevin Castel
           United States District Judge
                  7/8/2020