UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

       Plaintiff,        17-cv-7378 (PKC)

 -against-           ORDER

NEWS CORPORATION, et al.,

       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

  The Court anticipates that jury trials in this District will restart on September 29, 2020.  While criminal proceedings have priority, it is anticipated that some criminal proceedings scheduled between September 29, 2020 and December 31, 2020 will be resolved without trial.  The undersigned has submitted this case to a trial-ready calendar for trial between October 5, 2020 and December 18, 2020.  The Court realizes that the parties would like as much certainty and advance notice as possible.  The Court will do its best within the parameter of the present circumstances.

  SO ORDERED.

                  _____
                    P. Kevin Castel
                    United States District Judge

Dated: New York, New York
    September 2, 2020