On UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                        Plaintiff,                        17-cv-7378 (PKC)

     -against-                                   ORDER

NEWS CORPORATION, et al.,

                        Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       A telephonic conference is scheduled for November 12, 2020 at 2:00 p.m. The call-in information for this teleconference is:

    Dial-in:     (888) 363-4749
    Access Code:  3667981

       SO ORDERED.

                                                   P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       October 22, 2020