UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                      Plaintiff,                         17-cv-7378 (PKC)

      -against-                                 ORDER

NEWS CORPORATION, et al.,

                      Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The determination of whether there is good cause under Rule 43(a) is properly made by the Court on a witness by witness basis. The parties should confer on the issue in the next 7 days and present a joint application to the Court. It is sub-optimal to first establish vague criteria and then run the risk of satellite litigation on whether a particular witness falls within the criteria. It is long past the time for all cards to be placed face up on the table.

       SO ORDERED.

                                                       P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          October 23, 2020