UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                          Plaintiff,                            17-cv-7378 (PKC)

        -against-                                            <u>ORDER</u>

NEWS CORPORATION, et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial is set for June 30, 2021 at 9:30 a.m. in a courtroom to be announced as back up to 17-cv-9923 (PAE) and 17-cv-3392 (VEC).

        SO ORDERED.

                                                                    P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
            March 2, 2021