UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

VALASSIS COMMUNICATIONS, INC.,

                    Plaintiff,                    17-cv-7378 (PKC)

    -against-                           ORDER

NEWS CORPORATION, et al.,

                      Defendants.

-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has been offered and has accepted the use of the Jury Assembly Room for picking a jury in this case on June 29, 2021 at 9:30 am. This eliminates the uncertainty arising from there being another trial scheduled ahead of us on June 30. I expect we will have our jury by the lunch break and anticipate openings limited to 35 minutes per side on the afternoon of June 29 to be followed immediately by the first witness.

        SO ORDERED.

                                                  P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
          May 26, 2021