UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALASSIS COMMUNICATIONS, INC.,

                               Plaintiff,                              17-cv-7378 (PKC)

          -against-                                    <u>ORDER</u>

NEWS CORPORATION, et al.,

                               Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       In its pretrial rulings and in the conduct of voir dire, the Court has endeavored to conduct this trial free from bias and prejudice, particularly in matters extraneous to the merits of the case. The circumstances of yesterday (Tr. 68) cause the Court to enter this additional Order.

       No party, witness or attorney shall refer to any shareholder or non-party affiliate of a party in testimony or argument of any kind in the presence of the jury. If any party seeks relief from this Order, it shall secure a ruling out of the presence of the jury in advance of any such reference. Attorneys shall advise witnesses who they call of the terms of this Order. Any violation of this Order shall be deemed to be willful and deliberate disobedience of a Court Order and punished as such.

       SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         June 30, 2021