UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALASSIS COMMUNICATIONS, INC.,

                Plaintiff,

     v.                                                                                          17 cv 7378 (PKC)

NEWS CORPORATION, et al.,

                Defendants.

## JURY VERDICT FORM

                                                                         P. Kevin Castel, U.S.D.J.

Please deliberate and answer each question below.

1. Count One: Monopolization

    a. Do you find that Valassis proved the elements of its claim for monopolization against:

    News Corporation ____ YES ____ NO

    News America Marketing In-Store Services L.L.C., ____ YES ____ NO

    *If the answer to Question 1(a) is "yes," please answer Question 1(b). If the answer to Question 1(a) is "no," please proceed to question 2.*

    b. What damages do you award Valassis on its claim?

    _____

2. If you answered question 1(a) above as "No" as to either or both defendants, did you find that Valassis proved that the Third-Party In-Store Promotions market was a separate market?

    ____ YES ____ NO

Please date and sign the verdict form.

Dated:_____    Jury Foreperson: _____