UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALASSIS COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEWS CORPORATION; NEWS AMERICA MARKETING, a/k/a NEWS AMERICA, INC., a/k/a NEWS AMERICA MARKETING GROUP; NEWS AMERICA MARKETING FSI, LLC, a/k/a NEWS AMERICA MARKETING FSI, INC.; and NEWS AMERICA MARKETING IN-STORE SERVICES, LLC a/k/a NEWS AMERICA MARKETING IN-STORE SERVICES, INC.,<br><br>Defendants. | Case No. 1:17-cv-07378-PKC<br><br>SO ORDERED<br>Date: July 19, 2021<br><br>_____<br>P. Kevin Castel<br>United States District Judge |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that all of Plaintiff's claims in this case are voluntarily dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that, as to all claims asserted in this case, each party shall bear its own attorneys' fees and costs.

Dated:  July 19, 2021

By:     /s/ Michael S. Shuster
      Michael S. Shuster
      (mshuster@hsgllp.com)
      Vincent Levy
      (vlevy@hsgllp.com)
      Demian A. Ordway
      (dordway@hsgllp.com)
      Scott M. Danner
      (sdanner@hsgllp.com)

HOLWELL SHUSTER & GOLDBERG LLP
  425 Lexington Avenue, 14th Floor
  New York, New York 10017
  (646) 837-5151

*Counsel for Plaintiff*

By:     /s/ Kenneth A. Gallo
      Kenneth A. Gallo
      (kgallo@paulweiss.com)
      Jane B. O'Brien
      (jobrien@paulweiss.com)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
  2001 K Street, NW
  Washington, D.C. 20006
  Telephone: (202) 334-7300

William Michael
(wmichael@paulweiss.com)
Brette Tannenbaum
(btannenbaum@paulweiss.com)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
  1285 Avenue of the Americas
  New York, New York 10019
  Telephone: (212) 373-3000

*Counsel for Defendants*